# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132830

CAROLYN SUE LOVELACE,
      Plaintiff-Appellant,

v

GARLAND GOLF COURSE,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132830
COA: 269776
Oscoda CC: 04-003853-NO

On order of the Court, the application for leave to appeal the November 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

t0319